IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | Case No. 16-60299-EJC |
| VIDALIA PLANTATION, INC. | § § § | Chapter 11 |
| Debtor(s). | § § | |

**STATEMENT OF UNITED STATES TRUSTEE CONCERNING
APPOINTMENT OF UNSECURED CREDITORS COMMITTEE**

TO THE HONORABLE EDWARD J. COLEMAN, III, UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for the Southern District of Georgia reports as follows:

1. The Order for relief in this case under chapter 11 of the Bankruptcy Code (11 U.S.C. § 1101, et seq.) was entered on July 12, 2016.

2. Based on information supplied by the debtor, the United States Trustee is not attempting to form a committee of unsecured creditors at this time.

This 13th day of July, 2016.

Respectfully submitted,

GUY G. GEBHARDT,
UNITED STATES TRUSTEE, REGION 21

By: _____
Matthew E. Mills
Assistant United States Trustee
Georgia Bar No. 509718

Johnson Square Business Center
2 East Bryan Street, Suite 725
Savannah, Georgia  31401

STATE OF GEORGIA )
)
COUNTY OF CHATHAM )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within and foregoing STATEMENT OF UNITED STATES TRUSTEE CONCERNING INABILITY TO APPOINT COMMITTEE OF UNSECURED CREDITORS has this day been served upon the following by mailing a copy of the same through the United States Mail bearing sufficient postage thereon. In addition, those parties that are entitled to receive electronic transmission of any pleading filed in this case via the ECF system supervised by the Clerk of this Court will also receive a copy of the foregoing pleading through said means.

Vidalia Plantation, Inc.
165 Ronny Collins Road
Cobbtown, Georgia 30420

Mr. James L. Drake, Jr.
Attorney at Law
Post Office Box 9945
Savannah, Georgia 31412

This 13th day of July, 2016.

Lynn M. Bostwick
Paralegal Specialist

Office of the United States Trustee
Johnson Square Business Center
2 East Bryan Street, Suite 725
Savannah, Georgia 31401
(912) 652-4112